476 A.2d 62

Commonwealth v. McCandless, Appellant.
Petition for Allowance of Appeal
Denied Sept. 6, 1984.

Submitted March 5, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Order affirmed.

476 A.2d 62

Commonwealth v. McCreavy, Appellant.

Submitted November 28, 1983. Edward F. Kane, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.